No. 98–9713. AGUILAR v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–9714. CANTRELL v. UNITED STATES. C. A. 6th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮▮

No. 98–9715. BRAUN v. FLOWERS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮▮

No. 98–9716. ROBINSON v. BAKER HUGHES OILFIELD OPERATIONS, INC. C. A. 5th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮

No. 98–9717. CORDERO-GODINEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮

No. 98–9718. CLAWSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮

No. 98–9720. JENNINGS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮

No. 98–9722. TYABJI v. CALIFORNIA (two judgments). Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 98–9723. THOMPSON v. MISSOURI. Ct. App. Mo., Southern Dist. Certiorari denied.

No. 98–9724. KREAGER v. A TO Z AUTO RECYCLER ET AL. Ct. App. Ariz. Certiorari denied.

No. 98–9725. BOTERO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮

No. 98–9726. CLARK v. MITCHEM, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 98–9727. BISBY v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–9728. BERKOVICH v. UNITED STATES. C. A. 2d Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮